FILED
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

ANDREW THOMAS GALLO,  )
          Petitioner,  ) Case No. EDCV 14-953 MWF (AJW)
    v.  )
            ) ORDER ACCEPTING REPORT AND
DAVID B. LONG, WARDEN,  ) RECOMMENDATION OF
            ) MAGISTRATE JUDGE
          Respondent.  )

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: February 13, 2015

_____
Michael W. Fitzgerald
United States District Judge