FILED
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANDREW THOMAS GALLO,<br><br>    Petitioner,<br><br>    v.<br><br>DAVID B. LONG, Warden,<br><br>    Respondent. | Case No. EDCV 14-953-MWF (AJW)<br><br><br><br>JUDGMENT |

    It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 13, 2015

_____
Michael W. Fitzgerald
United States District Judge